# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE H. RAMIREZ, <br>     Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. CV 09-1165 CJC (JC) <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

On February 20, 2009, plaintiff Guadalupe H. Ramirez ("plaintiff") filed a complaint in the above-captioned matter. On February 23, 2009, the Court issued a Case Management Order ("February 23 Order") which directed plaintiff promptly to serve the summons and complaint on defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure, by (1) serving the United States Attorney or his authorized agent personally at the United States Courthouse or by registered or certified mail addressed to the United States Attorney's Civil Process Clerk at the Office of the United States Attorney, Central District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; and (2) serving by registered or certified mail both the Commissioner of the Social Security Administration and the Attorney General of the United States as required by Rule 4(i)(1)(B) of the Federal Rules of Civil

Procedure. See February 23 Order ¶ 2. The February 23 Order further directed plaintiff to electronically file a proof of service showing compliance with this paragraph within thirty (30) days of the date of the February 23 Order, i.e., by March 25, 2009. Finally, the February 23 Order cautioned plaintiff that noncompliance with the February 23 Order may result in the issuance of an order to show cause re dismissal of this case for failure to prosecute.

More than 30 days from the filing of the Complaint has elapsed. Plaintiff has to date failed to file a proof of service showing compliance with the February 23 Order.

Accordingly, IT IS HEREBY ORDERED that on or before May 21, 2009, plaintiff shall show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed based on lack of timely service, lack of diligent prosecution, and failure to comply with the Court's February 23 Order.

IT IS SO ORDERED.

DATED: May 7, 2009

/s/
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE