GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California State Bar No. 184475

    333 Market Street, Suite 1500
    San Francisco, California 94105-2102
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: dennis.hanna@ssa.gov

Attorneys for Defendant
Michael J. Astrue, Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GUADALUPE HERNANDEZ RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | No. CV 09-1165 JC<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

1 **DECREED** that the above-captioned action is remanded to the Commissioner of
2 Social Security for further proceedings consistent with the Stipulation to Remand.

4 DATED: October 23, 2009

```
                                    /s/
                        _____
                        HON. JACQUELINE CHOOLJIAN
                        UNITED STATES MAGISTRATE JUDGE
```